
**FILED**

MAR 0 6 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Alvin Lee Johnson )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )
 )
v. )
 )
Grundy county Sheriff Dep )
Administration )
Session Court, Administration )
(Enter above the NAME of each )
defendant in this action.) )

3:23 cv 83
McDonough/McCook

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✗)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to the previous lawsuit:

      Plaintiffs: Alvin Lee Johnson

      Defendants: Grundy County Sheriff DEP "Administration"

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _Grundy County Court Altamont Tennessee 37301_

3. DOCKET NUMBER: "6590"-"6664"

4. Name of Judge to whom case was assigned: _Anderson III_

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) "pending"

6. Approximate date of filing lawsuit: _Feb 27_

7. Approximate date of disposition: _7-11-2021 — 6-4-2022_

II. PLACE OF PRESENT CONFINEMENT: _Grundy County "Jail"_

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

   C. If your answer is YES,

      1. What steps did you take? _10 grievance 8-10-2022 - 2-21-2023 Amendment Rights Violated_

      2. What was the result? _Resolved - Substantitated "Hidden"_

   D. If your answer to B is NO, explain why not. ____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _Filed To System, Resolved Substantiated_

2

2. What was the result? "Hidden"

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Alvin Lee Johnson

Present address: Grundy County Jail

Permanent home address: 598 Fletcher Rd Gruetli Laager TN

Address of nearest relative: Same

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Sheriff Dep. old And New Dont No Name

Official position: Court System

Place of employment: County Seat

C. Additional defendants: _____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Grundy County Sheriff Dep Along with Session Court "Judge" William Anderson III

3

Did with intent Allow officers of other state Jurisdiction, To "Subdue" Plaintiff, All Acting under The color of The state law. Putting Plaintiff in Jail. "Deny" Plaintiff "Court procedures." "Court System" Failed To question Arrest procedures By officers. Sheriff Dep Failed To Achieve Arresting officers "Credibility"

Plaintiff Stipulates: Each case is A personal Vendetta, By family and Friends,

Oldes Sister Husband Famley From Marion County Mount Eagle Tennessee City Patrole Dep "First" Arresting officers. "First" "Arson" Charge "Second" "Arson" Charge officer Billy Harriss, "Third" "Arson" Charge officer Caleb LeBruno. All proclaimed To Be Arresting officers

No officers Have Come Before Plaintiff in Grundy County Session Court Deny Plaintiff right To Trials Deny Plaintiff Right To "Freedom"

4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Please Bring Justis To This County And my cases

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this *Alvin Lee Johnson* day of *FeBurary 27*, 20 *23*.

*Alvin Lee Johnson*
Signature of plaintiff(s)

5

Alvin Lee Johnson 17532
Grundy County Jail
Po Box 215
Altamont Tenn
37301-6218

CHATTANOOGA TN 373
2 MAR 2023 PM 1

RECEIVED
MAR 06 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Eastern District of Tennessee
Office of
Clerk, UNITED STATES DISTRICT
800 Market St, Suite 130
Knoxville, Tennessee
37902

Legal Mail