UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| ALVIN LEE JOHNSON, | ) |
|     *Plaintiff*, | ) Case No. 4:23-cv-12 ) ) Judge Travis R. McDonough |
| v. | ) ) Magistrate Judge Susan K. Lee |
| GRUNDY COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) ) ) |
|     *Defendants*. | ) |

## ORDER

Plaintiff filed this *pro se* action on March 6, 2023 (Doc. 2) and contemporraneously filed an application to proceed *in forma pauperis* (Doc. 1). On May 1, 2023, United States Magistrate Judge Susan K. Lee advised Plaintiff of numerous deficiencies in his initial complaint, directed him to file an amended complaint curing those deficiencies on or before June 1, 2023, and warned Plaintiff that failure to do so would result in dismissal of his claims. (Doc. 16.)

After Plaintiff failed to timely file an amended complaint or request an extension of time for doing so, Magistrate Judge Lee issued a report and recommendation, recommending the Court dismiss Plaintiff's case in its entirely and close the case. (Doc. 17, at 2.) Plaintiff did not timely object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 17) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED WITHOUT PREJUDICE**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**