UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| ALVIN LEE JOHNSON, | ) |
| *Plaintiff*, | ) Case No. 4:23-cv-12 |
| v. | ) Judge Travis R. McDonough |
| GRUNDY COUNTY SHERIFF'S DEPARTMENT, *et al.*, | ) Magistrate Judge Susan K. Lee |
| *Defendants*. | ) |

**ORDER**

The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's report and recommendation (Doc. 17). This action is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT